IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 16 A 9:37

Leonard E. Dorsey )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )         CIVIL ACTION NO. 2:05CV892-F
 )         (To be supplied by the Clerk of the
Sheriff; Anthony Clark )           U.S. District Court)
Judge; Frank McGuire III )
 )
_____ )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons)  )

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)   No ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (✓)   No ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) Leonard E. Dorsey
      Defendant(s) Greg White etc., Sheriff; Anthony Clark, Jerry Edgar, And Doren Nelson

   2. Court (if federal court, name the district; if state court, name the county) In the United States Dist. Court for the Middle Dist. of Ala

   3. Docket No. 2:05-CV-565-T

   4. Name of Judge to whom case was assigned Vanzetta Penn McPherson United States magistrate Judge

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Pending

6. Approximate date of filing lawsuit June, 19, 2005

7. Approximate date of disposition July, 19, 2005 "bait Date"

II. PLACE OF PRESENT CONFINEMENT Covington Co. Jail, 290 Hillcrest Drive Andalusia Ala 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail, 290 Hillcrest Drive Andalusia Ala 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Judge; Frank L. McGuire III 1 North court square Andalusia Al 36420
2. Sheriff; Anthony Clark, 290 Hillcrest Dr Andalusia Al 36420
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 26, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
GROUND ONE: 4th Amendment, The Right to be Secure in their person Houses, Papers, and Effects

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
April 26, 05 Arrested Bad checks Trial June 17, 2005 without Bond, first offence / Open court Equal 12 yrs in County Jail / Illegal sentence, each year to Run concectively

-2-

GROUND TWO: 8th Amendment Bail, fines, Punishment Excessive Bail shall not be Required No Excessive fines Imposed nor Cruel and Unusual punishment Inflicted

SUPPORTING FACTS: June, 17, 2005 Frank L. McGuire III did sentence me 12 yrs on N.W. Co' Checks to serve in County Jail Consecutive

GROUND THREE: 14th Amendment " no state shall make or Enforce any laws which shall abridge the privileges or immunities of Citizen of the States

SUPPORTING FACTS: Judge; McGuire III Sheriff; Attorney Clerk did Impose Cruel & Unsual punishment without Due Process, And In fact Judge; Frank L. McGuire Violated A Judical Ethics Canon's (3)(A-1) (3) A-2-3, And Canon (3)-C-1-2, Canon (3)-B-1-2-3-4, And Canon (1), Canon (2) A-B;

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Suspend Charges, Release from Jail, Monitary Damages of $200.00 Dollars per day for false Imprisonment Attorney fees filing fees Total $15,000.00 Dollars plus $10,000.00 to cover Any and all other Damages

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Sept. 12, 2005
                (date)

_Leonard E. Dorsy_
Signature of plaintiff(s)

x _Leonard E. Dorsy_