IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv892-F |
| | ) |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On October 5, 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. The § 1983 claims presented against Defendants are DISMISSED WITH PREJUDICE in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii);

2. The claims for habeas corpus relief are DISMISSED WITHOUT PREJUDICE pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. This case is DISMISSED prior to service of process.

Done this the 28th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE